CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Christian@richardharrislaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GRENKOW, individually; and DEANNA GRENKOW, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC, d/b/a HOME DEPOT, a foreign corporation; and MILWAUKEE ELECTRIC TOOL CORP., a foreign corporation; ROE CORPORATIONS I through X; ROE LIMITED LIABILITY COMPANIES, I through X; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-00496-APG-VCF<br><br>**STIPULATION AND ORDER TO REMAND** |

On June 16, 2022, Plaintiffs RICHARD GRENKOW and DEANNA GRENKOW (collectively referred to as Plaintiffs") filed their Motion to Amend Complaint, Docket No. 28, and their Motion to Remand this matter back to Clark County District Court, Docket No. 29. Defendants, HOME DEPOT USA, INC. d/b/a HOME DEPOT and MILWAUKEE ELECTRICAL TOOL CORP. (collectively referred to as "Defendants") will not oppose these motions.

Based on the following the parties agree as follows:

…

…

Page 1 of 3

IT IS HEREBY STIPULATED that Plaintiffs' lawsuit, Case No. 2:22-cv-00496-APG-VCF, will be remanded back to Clark County District Court.

IT IS HEREBY STIPULATED that Plaintiffs' Motion to Amend Complaint, Docket No. 28, and Motion to Amend Complaint, Docket No. 29, will be vacated and no rulings are necessary as this matter will be remanded back to Clark County District Court based on the agreement of the parties.

| | |
|---|---|
| DATED this __1st__ day of July, 2022 | DATED this __1st__ day of July, 2022 |
| RICHARD HARRIS LAW FIRM | WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC |
| */s/Christian Z. Smith* | */s/Jonathan J. Winn* |
| CHRISTIAN Z. SMITH, ESQ. <br> Nevada Bar No. 8266 <br> 801 S. Fourth Street <br> Las Vegas, NV 89101 <br> *Attorneys for Plaintiffs* | CAROL P. MICHEL, ESQ. <br> Nevada Bar No. 12896 <br> JONATHAN J. WINN, ESQ. <br> 6385 S. Rainbow Blvd. Suite 400 <br> Las Vegas, NV 89118 <br> *Attorneys for Defendants* |
| DATED this __1st__ day of July, 2022 | DATED this __1st__ day of July, 2022 |
| LIGHTFOOT, FRANKLIN & WHITE, LLC | LIGHTFOOT, FRANKLIN & WHITE, LLC |
| */s/Christopher C. Yearout* | */s/Kaitlyn M. Faucett* |
| CHRISTOPHER C. YEAROUT, ESQ <br> (Admitted Pro Hac Vice) <br> The Clark Building <br> 400 North 20th Street <br> Birmingham, Alabama 35203-3200 <br> *Attorneys for Defendants* | KAITLYN M. FAUCETT, ESQ. <br> (Admitted Pro Hac Vice) <br> 1885 Saint James Place, Suite 1150 <br> Houston, TX 77056 <br> *Attorneys for Defendants* |

...

...

...

...

CASE NO.:     2:22-cv-00496-APG-VCF

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' lawsuit against Defendants, CASE NO.: 2:22-cv-00496-APG-VCF, is hereby remanded to Clark County District Court.

IT IS HEREBY FURTHER ORDERED that Plaintiffs' Motion to Amend Complaint, Docket No. 28, and Motion to Remand, Docket No. 29, will be vacated due to the parties' agreement to remand this matter to Clark County District Court.

DATED this 5th day of July _____, 2022

_____
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA